# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| In re:<br><br>Quaker Furniture, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 17-50538 |

## TRUSTEE'S OBJECTION TO MOTION TO WITHDRAW
## AS COUNSEL FOR THE DEBTOR

A. Cotten Wright, the chapter 7 trustee in the above-referenced case (the "Trustee"), through counsel, hereby objects to the *Motion to Withdraw as Counsel for the Debtor* (the "Motion") (D.E. 81), filed by Moon Wright & Houston, PLLC ("MWH"), attorneys for the debtor (the "Debtor"), and in support, respectfully represents as follows:

1. The Debtor's case was initiated by a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code filed on August 28, 2017.

2. On September 25, 2017, MWH filed its *Disclosure of Compensation of Attorney for Debtor* in which MWH indicated that it would provide "[r]epresentation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof . . . ." (D.E. 43, Page 71). As of this date, the Debtor has not appeared at a meeting of creditors.

3. On October 12, 2017, the Court entered an Order converting the Debtor's case to a case under chapter 7 of the Bankruptcy Code, which case was assigned to the Trustee.

4. On October 13, 2017, the Court entered a notice of the meeting of creditors (the "341 Meeting") for the chapter 7 case. That 341 Meeting is scheduled for November 30, 2017 at 9:00 a.m. in Statesville, N.C. (D.E. 71).

5. The Motion was filed on October 20, 2017. In the Motion, MWH alleges that the

1

Debtor lacks the funds to pay its attorneys; therefore, being required to remain in the case as Debtor's counsel would place an unreasonable financial burden on MWH.

6. The Motion is scheduled for hearing on November 3, 2017. That hearing date is 27 days before the scheduled 341 Meeting. Presumably, if the Court grants the Motion, it is MWH's intention to withdraw before the 341 Meeting is convened and concluded.

7. While the Trustee is sympathetic to MWH's position, she maintains that it would be inappropriate for MWH to withdraw in advance of the 341 Meeting given that MWH previously agreed to represent the Debtor at the meeting of creditors, including any adjournments. Moreover, MWH's withdrawal before the conclusion of the 341 Meeting could unfairly prejudice the Debtor and / or hinder the Trustee's efforts in administering the Debtor's case.

8. For these reasons, the Trustee objects to the Motion to the extent that it reflects an intention by MWH to withdraw before the conclusion of the 341 Meeting.

WHEREFORE, the Trustee prays that the Court will enter an Order denying the Motion and granting such further relief as is just and proper.

This is the 23d day of October, 2017.

> */s/ A. Cotten Wright*
> A. Cotten Wright (State Bar No. 28162)
> 101 North Tryon Street, Suite 1240
> Charlotte, NC  28246
> Phone: 704.375.3720
> Email: cwright@grierlaw.com
> *Attorneys for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>Quaker Furniture, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 17-50538 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the *Trustee's Objection to Motion to Withdraw as Counsel for the Debtor* were served on the parties who have requested notice in this case through the Court's electronic filing system, or by U.S. mail, postage pre-paid, as indicated below:

Shelley Abel
U.S. Bankruptcy Administrator
*Via electronic service*

Richard S. Wright
*Via electronic service*

Andrew W.J. Tarr
*Via electronic service*

David M. Schilli
*Via electronic service*

Clinton S Morse
*Via electronic service*

Richard R Iddings
1410 16th Ave. NE
Hickory, NC. 28601

This is the 23d day of October, 2017.

                                      */s/ A. Cotten Wright*
                                      A. Cotten Wright
                                      101 North Tryon Street, Suite 1240
                                      Charlotte, NC  28246

3